IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BEN WEISFELD**            **PLAINTIFF**

v.            CIVIL ACTION NO. 3:22cv202-GHD-RP

**SOHAIL ENTERPRISES, LLC**            **DEFENDANT**

### STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT SOHAIL ENTERPRISES, LLC

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby enter this Stipulation of Dismissal with Prejudice of Defendant Sohail Enterprises, LLC. Each party will bear its own costs and attorney fees.

This stipulation is the result of a settlement agreement which has not been presented to the Court and the Parties request that the Court retain jurisdiction over the enforcement of the settlement agreement upon motion, if any, brought by either party.

Dated this the 29th day of November 2022.

| PLAINTIFF BEN WEISFELD | DEFENDANT SOHAIL ENTERPRISES, LLC |
|---|---|
| *s/ Brian K. Herrington* | *s/ Ed Williams* |
| Brian K. Herrington, MB# 10204 | Ed Williams, MB# 105537 |
| CHHABRA GIBBS & HERRINGTON PLLC | CALDERÓN & WILLIAMS, PLLC |
| 120 N. Congress Street, Suite 200 | P.O. Box 129 |
| Jackson, MS 39201 | Madison, MS 39130 |
| T: 601-326-0820 | T: 601-707-4033 |
| F: 601-948-8010 | F: 662-796-3689 |
| E: bherrington@nationalclasslawyers.com | E: edw@cwlawms.com |
| Counsel for Plaintiff | Counsel for Defendant |